No. 407. RIVERSIDE & DAN RIVER COTTON MILLS, INC. *v.* UNITED STATES. October 21, 1935. Petition for

writ of certiorari to the Court of Claims denied. *Messrs. Ellsworth C. Alvord* and *Donald Horne* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.